**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 00-4759**

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

RICKEY G. YOUNG,

Defendant - Appellant.

———————

Appeal from the United States District Court for the Western Dis-
trict of Virginia, at Roanoke.  James P. Jones, District Judge.
(CR-00-81)

———————

Submitted:  May 18, 2001               Decided:  June 18, 2001

———————

Before WILKINS, TRAXLER, and KING, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Rickey G. Young, Appellant Pro Se.  Rick A. Mountcastle, OFFICE OF
THE UNITED STATES ATTORNEY, Abingdon, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Rickey G. Young appeals the district court's orders denying his pretrial motions to represent himself in association with other counsel, to dismiss the indictment due to pre-indictment delay and violation of the statute of limitations, and to discover evidence of selective prosecution. We dismiss the appeal for lack of jurisdiction because the orders are not appealable. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (1994), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (1994); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The orders here appealed are neither final orders nor appealable interlocutory or collateral orders.

We dismiss the appeal as interlocutory. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2